## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RICHARD D. SMITH,**
**ADC # 134847**                                                                                    **PLAINTIFF**

**V.**                                      **No. 4:10CV01343 JMM-BD**

**SALINE COUNTY DETENTION FACILITY,** *et al.*                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22 day of  November, 2010.

_____
UNITED STATES DISTRICT JUDGE